**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01686-RPM-BNB

SHEE HEWLETT,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC., an Ohio corporation,

    Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY

    ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    DATE: July 19th, 2012

                                          BY THE COURT:

                                          s/ Richard P. Matsch

                                          _____

                                          DATE U.S. DISTRICT JUDGE